**AO 436** (Rev. 04/13)
*Read Instructions.*

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
# AUDIO RECORDING ORDER

| | |
|---|---|
| 1. NAME: Robert Veneman-Hughes | 2. PHONE NUMBER: (559) 497-4000 |
| | 3. EMAIL ADDRESS: robert.veneman-hughes@usdoj.gov |
| 4. MAILING ADDRESS: 4500 Tulare St Ste 4401 | 5. CITY: Fresno |
| | 6. STATE: CA |
| | 7. ZIP CODE: 93721 |
| 8. CASE NUMBER: 1:24-00265-KES-BAM-2 | 9. CASE NAME: US v Morales et al. |
| DATES OF PROCEEDINGS | 10. FROM: 11/4/2024 — 11. TO: 11/4/2024 |
| 12. PRESIDING JUDGE: Kirk E. Sherriff | LOCATION OF PROCEEDINGS — 13. CITY: Fresno — 14. STATE: CA |

### 15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Motion to Revoke Detention | 11/04/2024 DKT 65 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | 0.00 |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | |
| | ESTIMATE TOTAL | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE: /s/ Robert Veneman-Hughes | 19. DATE: 11/13/2024 |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    ORDER RECEIPT    ORDER COPY