ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA BASTIAS,<br><br>Defendants. | CASE NO. 1:24-CR-00265-KES-EPG<br><br>STIPULATION AND ORDER TO SET CHANGE OF PLEA |

**STIPULATION**

1. The Defendant and the United States have entered into a plea agreement.

2. The parties will file the plea agreement with the court at least one week in advance of the change of plea hearing.

3. Based on the schedule of the parties, they request that the status conference set for October 28, 2026 be vacated and the matter instead be set for change of plea before Judge Sherriff on November 16, 2026.

4. The parties request time be excluded by and through November 16, 2026, for the review of discovery in advance of plea and sentencing and for defense counsel to have time to adequately prepare.

IT IS SO STIPULATED.

Dated: October 27, 2026

ERIC GRANT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: October 27, 2026

/s/ Mark Coleman
MARK COLEMAN
Counsel for Defendant
ROSA BASTIAS

**ORDER**

IT IS SO ORDERED that the status conference be vacated and a change of plea be set on November 16, 2026 at 9:30 a.m. before the Hon. Kirk E. Sherriff, with time excluded through November 16, 2026, for good cause as discussed above.

IT IS SO ORDERED.

Dated: **October 27, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE